No. 576.   FAHEY v. UNITED STATES, *ante,* p. 957;

No. 599.   NEW ORLEANS CHAPTER, ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC. v. UNITED STATES, *ante,* p. 115;

No. 618.   GOWDY v. UNITED STATES, *ante,* p. 960;

No. 360, Misc.   GERARDI v. SIPOS ET AL., *ante,* p. 880;

No. 517, Misc.   CASTLE v. UNITED STATES, *ante,* p. 975; and

No. 772, Misc.   CROSS v. BRUNING, COUNTY CLERK, ET AL., *ante,* p. 970.   Petitions for rehearing denied.

### FEBRUARY 3, 1970

No. ——.   SINATRA v. NEW JERSEY STATE COMMISSION OF INVESTIGATION ET AL.   Application for stay pending appeal to United States Court of Appeals denied.   MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE MARSHALL are of the opinion that the application should be granted.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.   *Bruce W. Kauffman* and *William T. Coleman, Jr.,* for applicant.

No. ——.   FIRST NATIONAL BANK OF CORNELIA v. JACKSON, SUPERINTENDENT OF BANKS OF GEORGIA, ET AL. Application for stay of order of United States District Court for the Northern District of Georgia presented to MR. JUSTICE BLACK, and by him referred to the Court, denied.   *E. Barrett Prettyman, Jr.,* for applicant. *Arthur K. Bolton,* Attorney General of Georgia, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, and *Robert J. Castellani,* Assistant Attorney General, for Jackson, and *Wm. B. Gunter* for First National Bank of Gainesville, Georgia, et al., in opposition.